ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AN...

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70182290000056992710

Your item was delivered to the front desk, reception area, or mail room at 9:13 am on January 11, 2021 in WASHINGTON, DC 20229.

*20-cv-24335-JEM*

✓ **Delivered**

January 11, 2021 at 9:13 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃