UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24335-CIV-MARTINEZ/OTAZO-REYES

LISHA A. INGRAM,

      Plaintiff,

vs.

CHAD WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, and UNITED STATES CUSTOMS AND BORDER PROTECTIONS AGENCY,

      Defendants.
_____/

## **ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On January 8, 2021, the Court entered an order directing Plaintiff to perfect service upon Defendants by January 19, 2021 or show cause why this action should not be dismissed for failure to perfect service of process pursuant to Rule 4(m). (DE 5). The Court warned that "[f]ailure to file proof of service or demonstrate good cause by January 19, 2021 will result in dismissal without prejudice and without further notice. (*Id.*). Thereafter, Plaintiff filed two documents ("certificates") indicating that an unknown item was posted to an unknown address in Washington DC, and another directed to the Chief Counsel of the U.S. Customs and Border Protection Agency in Miami, Florida.

Rule 4(i)(2) states: "To serve a United States agency . . . a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency . . . ." Fed. R. Civ. P. 4(i)(2). In turn, to serve the United States, a party must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

    (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

    (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

*Id*. Furthermore, Rule 4(*l*) requires that proof of service be made by affidavit. Here, Plaintiff has not complied with the requirements of Rule 4(i)(2) or (*l*), and has not shown good cause for her failure as directed by the Court. The time for doing so has now expired. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall mark this case **CLOSED**. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of January, 2021.

    _____
    **JOSE E. MARTINEZ**
    **UNITED STATES DISTRICT JUDGE**